UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

CASSIOPAEIA ORR,

            Plaintiff,

                                         Case No. 19-cv-849

   v.

SUNSET RIDGE EXTERIORS, INC., *et. al.*

            Defendants.

---

## STIPULATION OF DISMISSAL

---

       The parties hereby stipulate that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and causes of action may be dismissed upon the merits, with prejudice and without costs to either party.

       Dated this 15th day of May, 2020

WALCHESKE & LUZI, LLC
Attorneys for Plaintiff

 *s/ Matthew J. Tobin*
James A. Walcheske, State Bar No. 1065635
Scott S. Luzi, State Bar No. 1067405
Matthew J. Tobin, State Bar No. 1097545

15850 W. Bluemound Road, Suite 304
Brookfield, Wisconsin 53005
Phone: (262) 780-1953
jwalcheske@walcheskeluzi.com
sluzi@walcheskeluzi.com
dpotteiger@walcheskeluzi.com

DEWITT LLP
Attorneys for Defendants

*s/ John C. Gardner*
John C. Gardner, State Bar No. 1049890

2 East Mifflin Street, Suite 600
Madison, Wisconsin 53703
Phone: (608) 255-8891
jcg@dewittllp.com